Frances Whitney, Appellant, v. Lyric-Rochester Corporation, Respondent.—Appeal dismissed, without costs, as academic in view of the decision in the companion case (ante, p. 925). All concur. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

Edward Whitney, Appellant, v. Lyric-Rochester Corporation, Respondent.—Appeal dismissed, without costs, as academic in view of the decision in the companion case (ante, p. 925). All concur. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

John Trimper, Appellant, v. Jacob Fagyas and Katie Fagyas, His Wife, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements, and motion for extension of time to serve records and briefs on appeal from judgment granted and time extended to May first. All concur. (The order denies motion to vacate judgment in a mortgage foreclosure action.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

In the Matter of the Application of William J. Carey, Appellant, for a Peremptory Mandamus Order against Clarence A. Smith, County Manager, Monroe County, New York, and Others, Respondents.— Order entered March 25, 1936, amended so as to show that the affirmance was on the law only and not as a matter of discretion. Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 473.] Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

In the Matter of the Petition of the Rochester Bar Association for an Inquiry by the Court into Certain Abuses and Illegal and Improper Practices Alleged in the Petition.— Petition granted and investigation ordered, to be conducted by Hon. Clyde W. Knapp, justice of the Supreme Court, at a Special Term of the Supreme Court, appointed to be held in Monroe county commencing April 13, 1936. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

In the Matter of Matthew W. Bennett, Attorney and Counselor at Law.— Report of referee confirmed and order entered suspending respondent from the practice of his profession for one year and thereafter until the further order of the court. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

End of Mem., App. Div. Vol. 247.